[No. 18822-1-III.   Division Three.   April 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK R. LLOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01862-4, Michael E. Donohue, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney, J., and Green, J. Pro Tem.

[No. 19020-0-III.   Division Three.   April 12, 2001.]

JAMES FRANCIS LAVIGNE, *Appellant*, v. RON S. GREEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-01859-8, Linda G. Tompkins, J., entered January 4, 2000. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney, J., and Green, J. Pro Tem. Now published at 106 Wn. App. 12.

[No. 24399-7-II.   Division Two.   April 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WAUNA KHLEE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00956-7, James E. Warme, J., entered February 23, 1999. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ. Now published at 106 Wn. App. 21.

[No. 24645-7-II.   Division Two.   April 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY VENARD RAIFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03593-7, Terry D. Sebring, J., entered March 30, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Houghton, J.